UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|   |   |
|---|---|
| **ANTHONY MCPETERS,** | **Case No. LA CV 16-06079-VBF** <br> Case No. LA CV 16-06135-VBF |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

For the reasons stated in this Court's contemporaneously issued Order Denying the 28 U.S.C. Section 2255 Habeas Corpus Petition for Lack of Merit, Denying a Certificate of Appealability, Directing Entry of Separate Final Judgment, Dismissing the Action With Prejudice, and Terminating and Closing Both Civil Cases, **final judgment is hereby entered in favor of the respondent government and against petitioner Anthony McPeters.**

IT IS SO ORDERED.

DATED: Friday, May 12, 2017

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
Senior United States District Judge